A___ded Chapter 13 Plan    Case No.: 15-015___ TOM13

Debtor(s): John P. Weldon    SS#: XXX-XX-0253    Net Monthly Earnings: $ 4,029.00

Amanda K. Weldon    SS#: XXX-XX-5327    Number of Dependents: 2

Full Address: 1627 Old Bankhead Highway, Cordova, AL 35550

I.  Plan Payments:
(X) Debtor(s) propose to pay a periodic payment of **$540.00** [ ] weekly [ ] biweekly [ ] semi-monthly **[X] monthly** into the plan;
or
( ) Payroll deduction Order To: for $ [ ] weekly [ ] biweekly [ ] semi-monthly [ ] monthly.

Length of plan is approximately **60 months**, and the total debt to be paid through the plan is approximately **$32,400.00**.

II. From the payments received, the trustee shall make disbursements as follows:
A.  PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

B. Total Attorney Fee: **$2,750.00**; **$0.00** paid pre-petition; **$680.00** to be paid at confirmation; **$340.00** per month until **10/2015**; and **$155.00** monthly thereafter full fee awarded.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amt of Regular Payment to be Paid: $641.00 | Direct Payment to Begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo | $75,500.00 | ☐ by Trustee **X by Debtor** | 04/01/15 | $0.00 | N/A | 0% | N/A |
|  |  |  |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amt of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment To Begin |
|---|---|---|---|---|---|---|---|---|
| Capital One | $50.00 | $5,000.00 | $5,000.00 | $0.00 | 2004 Chevrolet Colorado | 5% | $104.00 | 10/15 |
| S&W Honda | $60.00 | $6,000.00 | $6,000.00 | $0.00 | 4-Wheeler | 5% | $125.00 | 10/15 |
| Waldrop Motors | $60.00 | $6,000.00 | $6,000.00 | $0.00 | 2006 Ford Escape | 5% | $125.00 | 10/15 |

III. Other debts not shown in 1 or 2 above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| N/A |  |  |  |  |

IV. Special Provisions:
[X] This is an original plan
[ ] This is an amended plan replacing plan dated _____.
[X] This plan proposed to pay unsecured creditors 100%.
[X] Other provisions: Trustee to make adequate protection payments.

Name/Address/ Telephone/Attorney for Debtor(s):    DATED: 5.14.15

JOSHUA C. SNABLE, ATTORNEY
SNABLE, CHANEY & SNABLE, LLC
2112 11th AVENUE SOUTH, SUITE 528
BIRMINGHAM, AL 35205
Telephone # (205) 939-0780

X _____
Signature of Debtor

X _____
Signature of Co-Debtor